[No. 16786-1-III.     Division Three.     January 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN MANUEL ESCOBAR, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01823-3, James P. Hutton, J., entered June 24, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kato, J.

[Nos. 19518-6-II; 21987-5-II.     Division Two.     January 22, 1999.]

ROGER HAAS, ET AL., *Appellants*, v. CLARK COUNTY, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Clark County, Nos. 93-2-04176-8, 96-2-01319-0, James D. Ladley, J., entered June 12, 1995. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Houghton, JJ.

[Nos. 20073-2-II; 21382-6-II.     Division Two.     January 22, 1999.]

CARL CONSTRUCTION, ET AL., *Appellants*, v. THE CITY OF TACOMA, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Pierce County, No. 91-2-06470-4, Waldo F. Stone and Rosanne Buckner, JJ., entered October 30, 1995, and November 25, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 21477-6-II.     Division Two.     January 22, 1999.]

*In the Matter of* DARALYNN PECKHAM, *Respondent*, and DONALD C. LORRAINE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82-3-00476-6, Gordon Godfrey, J., entered December 12, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, C.J., concurred in by Houghton and Hunt, JJ.